E-FILED
Wednesday, 23 November, 2011 04:18:51 PM
Clerk, U.S. District Court, ILCD

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
SPRINGFIELD DIVISION

SHAUN DONASIUS DANDRIDGE, )
)
    Plaintiff, )
)
v. ) 11-CV-3097
)
LEONTA JACKSON et al., )
)
    Defendants. )

## OPINION

SUE E. MYERSCOUGH, U.S. District Judge:

A status conference was held on November 21, 2011. Plaintiff appeared *pro se* by video conference. Illinois Assistant Attorney General Katharine Ariss appeared on behalf of Defendants, except for Defendant Ashby who has not yet been served.

All Defendants have returned signed waivers of service except for Defendant Ashby. According to this Court's inquiry after the hearing, Defendant Ashby is now working at the Rushville Treatment and Detention Center. The litigation coordinator at Rushville has indicated that she will see that Ashby receives the waiver. Accordingly, the Court will send the waiver again to Rushville. In the meantime, scheduling deadlines will be set to keep the case moving.

IT IS THEREFORE ORDERED:

1) The clerk is directed to send Defendant Ashby's waiver of service and a copy of the Complaint to the Rushville Treatment and Detention Center, to the attention of the litigation coordinator.

2) Plaintiff's motion for the appointment of counsel is denied (d/e 36) for the reasons stated in Judge Baker's order dated May 25, 2011. This Court agrees with Judge Baker's conclusion that Plaintiff appears competent to proceed *pro se* in light of the relative simplicity of his claims.

3) Plaintiff's motion to strike portions of Defendants' Answer is denied (d/e 37). The Answer only stakes out Defendants' positions. The Court does not rule on the merits of those positions until Defendants file a motion and Plaintiff has an opportunity to respond.

4) Within 45 days of the entry of this order, the parties shall provide to each other the initial disclosures described in Fed. R. Civ. P. 26(a)(1)(i)-(ii).

5) Discovery closes June 4, 2012.

6) Dispositive motions are due July 9, 2012.

7) Plaintiff's incarceration limits him to written discovery. Written discovery must be served on a party at least 30 days before the discovery deadline. Discovery requests and responses are not filed with the court, unless there is a

dispute regarding such discovery. See CDIL-LR 26.3. Motions to compel discovery must be accompanied by the relevant portions of the discovery request and the response. Additionally, except for good cause shown, motions to compel must be filed within 14 days of receiving an unsatisfactory response to a timely discovery request.

8) A final pretrial conference is scheduled for Monday, April 15, 2013, at 1:30 p.m.. Defendants' counsel shall appear in person. Plaintiff shall appear by video. The parties are directed to submit an agreed, proposed final pretrial order by April 8, 2013.

9) Jury selection and the jury trial are scheduled for Tuesday, May 14, 2013, at 9:00 a.m. before this Court in Springfield, Illinois.

ENTERED: 11/23/2011

FOR THE COURT:

                              **s/Sue E. Myerscough**
                              SUE E. MYERSCOUGH
                       UNITED STATES DISTRICT JUDGE